UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
CLASSMATES, INC., n/k/a                 )    No. MC17-0148RSL
PEOPLECONNECT, INC.,                    )
                                        )
                    Plaintiff,          )
            v.                          )    ORDER
                                        )
NEUTRINO MEDIA GROUP, LLC,              )
                                        )
                    Defendant.          )
_____)

On December 4, 2017, plaintiff filed an "Ex Parte Motion for Entry of Judgment by Confession." Dkt. # 1. There is no indication that defendant was served with the motion and no justification for its ex parte consideration. The fact that the parties agreed that judgment by confession could be sought with no further notice to defendants (Dkt. # 2 at ¶ 6) does not bind the Court. Because the relief sought will obviously impact defendant, because defendant has not consented to be bound by a judgment of this Court, because the Court must sua sponte evaluate its power to enter the requested relief, and because the Settlement Agreement specifies that Georgia law governs this case, further briefing is necessary and the motion has been noted on the Court's calendar for December 22, 2017.

The Clerk of Court is directed to send a copy of the motion (Dkt. # 1) and this Order to defendant at:

ORDER

Neutrino Media Group, LLC
ATTN: Scott Rosenblum
3340 Peachtree Road, Suite 1010
Atlanta, GA 30326

Defendant's response, if any, is due on or before Monday, December 18, 2017. Plaintiff, in reply, should address this Court's personal jurisdiction over defendant given its citizenship, the form of the Confession of Judgment,[1] and the impact of the choice of law and jurisdiction provision of the Settlement Agreement on its request for relief.[2]

Dated this 6th day of December, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

---

[1] The unsupported statement that "[t]he Confession erroneously contains a caption referencing Georgia federal court, but may properly be filed in Washington federal court" (Dkt. # 1 at 2) is insufficient and unpersuasive.

[2] Plaintiff acknowledges that Georgia law does not permit judgments by confession before an action is filed. Dkt. # 1 at 3.