# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLASSMATES, INC., n/k/a PEOPLECONNECT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEUTRINO MEDIA GROUP, LLC,<br><br>Defendant. | No. MC17-0148RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

This matter comes before the Court on plaintiff's "Ex Parte Motion for Entry of Judgment by Confession." Dkt. # 1. The Court, concerned about its jurisdiction over defendant and the choice of law provision in the Settlement Agreement, noted the motion for consideration and gave defendant an opportunity to respond. Defendant filed no opposition, but communicated to plaintiff that "[c]onsistent with the Confession of Judgment that Neutrino previously executed and delivered to PeopleConnect, Neutrino does not oppose entry by the Court of the agreed judgment against it." Dkt. # 15.

The Court finds that, having negotiated and entered into a contract of settlement with a resident of this forum, defendant is subject to the jurisdiction of this Court. The Court therefore has the power to enter judgment against it. Because the Confession of Judgment contains no choice of law provision, the Court finds that it is valid under Washington law and hereby

ORDER DIRECTING ENTRY OF
JUDGMENT

ORDERS and FINDS that:

Pursuant to the terms of the Confession of Judgment (Dkt. # 2), the Clerk of Court is directed to enter judgment against defendant and in favor of plaintiff in the principal sum of $210,378.98, plus $4,000.00 in attorney's fees and post-judgment interest at 12%. Defendant has voluntarily and knowingly waived any appeal from this judgment, any remedies relating thereto, and any right to contest entry or enforcement of this judgment.

Dated this 8th day of February, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF
JUDGMENT -2-